No. 489, October Term, 1945.  ZAP v. UNITED STATES. See *ante,* p. 800.

No. 142.  LOUISIANA EX REL. FRANCIS v. RESWEBER, SHERIFF, ET AL.  February 10, 1947.  The order entered June 10, 1946, staying execution is also vacated.  329 U. S. 459.

No. 183.  CAHOON v. UNITED STATES.  February 10, 1947.  Second petition for rehearing denied.  329 U. S. 833.

No. 706.  SMALL v. MARTIN, WARDEN.  February 10, 1947.  329 U. S. 797.

No. 717.  TOWER v. WATER HAMMER ARRESTER CORP. February 10, 1947.  329 U. S. 806.

No. 28.  MACGREGOR v. WESTINGHOUSE ELECTRIC & MANUFACTURING Co.  February 17, 1947.  329 U. S. 402.

Nos. 70 and 71.  EDWARD KATZINGER Co. v. CHICAGO METALLIC MFG. Co.  February 17, 1947.  329 U. S. 394.

No. 92.  GARDNER, TRUSTEE, v. NEW JERSEY.  February 17, 1947.  329 U. S. 565.